# EXHIBIT A



MID 7874
Riverside Family Dental Group

**ACTION REQUIRED:** Complete your CareCredit Certification

# CareCredit Certification Deadline: July 1, 2015*

We're sure you'll agree your *patients/clients rely on you* to provide them with the most accurate information so they can make care and financial decisions that are best for them. *That's why it's important at least one person on your team complete CareCredit Certification as soon as possible.* If not, you may be providing inaccurate information to your patients/clients. Plus, your ability to



process applications may be impacted as early as July.* This means if a patient/client would like to apply for a CareCredit credit card at your practice, you will be unable to submit an application on their behalf until CareCredit Certification has been completed.

*The deadline for required CareCredit Certification is approaching.* Please don't wait until you lose your ability to help patients/clients who prefer to pay with CareCredit. Get started on your CareCredit Certification today.

Don't delay. Complete the *easy, 25-minute online training immediately!*

Reminder: if you have multiple locations, at least *one team member at each location* is required to complete CareCredit Certification every two years.

### To complete your Certification:
▶ Log onto **www.carecredit.com/pro** and click *CareCredit Training*, then *Learning Center* and then *CareCredit Certification*.

### Questions?
Contact your Practice Development Team at 800-859-9975.

*Your practice's ability to process CareCredit applications may be suspended as early as July 1 2015 if CareCredit Certification training has not been completed.





ACTION REQUIRED: Complete your CareCredit Certification

MID 7874

Riverside Family Dental Group

# Will You Help Us?

We are reaching out to you in hopes you can help. We've been encouraging all 186,000 practices that accept CareCredit to complete a short online training session so they are prepared with the most up-to-date information should a patient/client walk in with a CareCredit credit card and request to use it at the practice.

This happens quite frequently because CareCredit is used, on average, 38,000 times a day! And another 189,000 new cardholders, on average, are approved every month.

According to our records, **you are one of the few remaining practices yet to complete this simple training.**

---

How can we help you complete required training?

▶ **If you need help with training,** call 800-859-9975 to reach a member of our Provider Services Team who is standing by to assist you.

▶ **If you're planning to complete training,** first be sure you are registered for CareCredit's provider website by going to www.carecredit.com/pro. Once you have registered or confirmed you are already registered, to complete training click *CareCredit Training*, then *Learning Center*, and then *CareCredit Certification*.

---

Unfortunately, because it's important to provide patients/clients with up-to-date information, CareCredit will have no option but to suspend practices* that have not completed training.

Thank you for your help and attention to this simple training request.

---

**Please disregard this communication if you have already completed CareCredit Certification.**

*Your practice's ability to process CareCredit applications will be suspended if CareCredit's required Certification training has not been completed.

 

MID: 7874

Practice Name: Riverside Family Dental Group

Dear Valued Provider,

As we mentioned last month, CareCredit is continuing our migration to a **new, state-of-the-art data center**. During this time, some features of our www.carecredit.com website may be unavailable. There may be minimal impact to application processing during migration. We hope to cause as little disruption to your teams as possible, but we wanted to make you aware in the unexpected event that we run into any issues during transition.

However, practices will be able to process CareCredit transactions as normal. For any immediate needs during migration, please call Provider Services at **(800) 859-9975**.

## Affected Time Period

Sunday, July 26th – 12:01 a.m. - 2:00 p.m. EDT

We appreciate your understanding and patience. The long-term benefit is that we will have a **new, state-of-the-art data processing infrastructure** to continue serving your needs and protecting practice and patient/client data.

We appreciate your partnership and support!

Sincerely,

Your CareCredit Team

P.O. Box 1710
Costa Mesa, CA 92628-1710

PHONE 800.859.9975
www.carecredit.com


**Making care possible...today.**

MID 7874
Riverside Family Dental Group

July 23, 2015

> Your Certification deadline has passed.
> Please disregard this communication if your
> team has completed required CareCredit
> Certification for your practice(s).

Dear Doctor:

We know you and your team are very busy helping patients get healthy.

**But, I'd like to ask for your assistance.** Your patients/clients rely on your team to provide them with the most accurate information, especially when it comes to financing their care. Therefore, every two years at least one member of your team is required to complete CareCredit Certification to keep your practice up-to-date.

> According to our records the deadline* for Certification has passed, and you are unfortunately one of the few remaining practices yet to complete training **This means your ability to submit CareCredit applications will be suspended** unless at least one member of your team can complete the short, online training as soon as possible.

Providing patients/clients with accurate information is our common goal and a requirement when offering the CareCredit program.

Thank you for your support. If you have any questions or would like further assistance, please call 800-859-9975.

Sincerely,

Dave Fasoli
CEO and President, CareCredit

P.S. Please ensure a member of your practice completes mandatory Certification today. Have a member of your team log onto www.carecredit.com/pro, make sure your practice is registered for the site, then click *Training*, then *Learning Center* and then *Start Certification*.

*Your practices ability to submit CareCredit applications will be suspended if CareCredit Certification training has not been completed.

www.carecredit.com





**ACTION REQUIRED:** Complete your CareCredit Certification

MID 7874
Riverside Family Dental Group

# Your deadline to complete CareCredit Certification has Passed - Application Suspension will Follow*

Our records indicate, out of **more than 185,000** practices nationwide, you're among the few who have not completed the simple, 25-minute, online training required for CareCredit Certification. This Certification is critical to your and your team's ability to provide patients/clients with the most accurate information on CareCredit.

**CareCredit will soon begin issuing suspension notifications to the doctor/owners of practices that remain uncertified.** This impending suspension will affect your ability to submit CareCredit applications: Therefore, if a patient/client wants to apply for the CareCredit health, wellness, and beauty credit card at your practice, so they can get the care they/their pets need and want, you will be unable to help them until you have completed Certification and have been reinstated.

If you are able to complete required CareCredit Certification within 24 hours of this fax's sent date and time, please disregard the upcoming suspension communication.

### To complete your Certification:
▶ Log onto **www.carecredit.com/pro** and click *CareCredit Training*, then *Learning Center* and then *Start Certification*.

### Questions?
Contact your Provider Services Team at 800-859-9975.

**Please disregard this communication if you have already completed CareCredit Certification.**

*Your practice's ability to submit CareCredit applications will be suspended if CareCredit Certification training has not been completed.




**ACTION REQUIRED:** Complete your CareCredit Certification

MID 1010
Robert D. Burnard DDS

# Your deadline to complete CareCredit Certification has Passed - Application Suspension will Follow*

Our records indicate, out of **more than 185,000** practices nationwide, you're among the few who have not completed the simple, 25-minute, online training required for CareCredit Certification. This Certification is critical to your and your team's ability to provide patients/clients with the most accurate information on CareCredit.

**CareCredit will soon begin issuing suspension notifications to the doctor/owners of practices that remain uncertified.** This impending suspension will affect your ability to submit CareCredit applications. Therefore, if a patient/client wants to apply for the CareCredit health, wellness, and beauty credit card at your practice, so they can get the care they/their pets need and want, you will be unable to help them until you have completed Certification and have been reinstated.

If you are able to complete required CareCredit Certification within 24 hours of this fax's sent date and time, please disregard the upcoming suspension communication.

**To complete your Certification:**
▶ Log onto **www.carecredit.com/pro** and click *CareCredit Training*, then *Learning Center* and then *Start Certification*.

**Questions?**
Contact your Provider Services Team at 800-859-9975.

**Please disregard this communication if you have already completed CareCredit Certification.**

*Your practice's ability to submit CareCredit applications will be suspended if CareCredit Certification training has not been completed.




MID 1010

Robert D. Burnard DDS

# Official Application Suspension Notification: Your Deadline to Complete Required CareCredit Certification Has Passed.

According to our records, your practice has yet to complete the simple, online training required to receive CareCredit Certification. As we have communicated over the past several months, it is crucial to provide patients/clients with the most accurate and up-to-date information when they choose to apply for CareCredit. Therefore, your practice is now suspended from submitting any new patient/client applications. What does this mean?

1. **You can continue to accept the CareCredit** credit card from existing cardholders.
2. **You cannot submit CareCredit applications** on behalf of your patients/clients.
3. **You will not be recognized on CareCredit's online Provider Locator** as a Certified Practice.
4. **Patients/Clients can continue to apply** directly with CareCredit (the following should be considered temporary solutions until your practice completes CareCredit Certification):
   - Online or via their mobile device at www.carecredit.com
   - Calling 800-677-0718 to speak with one of CareCredit's live customer care representatives

In 2014 alone, more than 2.6 million new cardholders were approved for CareCredit. These are patients/clients who may not have been able to get needed or wanted care for themselves or their pets if they had not had the opportunity to apply for CareCredit with the help of their provider.

To continue helping patients/clients who desire a financing solution or prefer to use special financing to pay for treatment, **take a few minutes to complete the reinstatement process outlined below:**

1. Complete online training by visiting www.carecredit.com/pro, then click *CareCredit Training*, then *Learning Center* and then *Start Certification*.
2. Within 48 hours, your practice will be reinstated and can begin to submit CareCredit applications.

If you need further assistance to complete training please call Provider Services at 800-859-9975.