## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| MICHAEL W. KINCAID, DDS, INC. DBA RIVERSIDE FAMILY DENTAL GROUP, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SYNCHRONY FINANCIAL,<br><br>Defendant. | Case No. 2:16-cv-790<br><br>Judge George C. Smith<br>Magistrate Judge Elizabeth P. Deavers |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Michael W. Kincaid, DDS, Inc. and Defendant Synchrony Financial respectfully submit this Stipulation of Dismissal of all claims with prejudice. Each party shall bear its own fees and costs.

Respectfully submitted,

| | |
|---|---|
| **/s/ Brian K. Murphy** | **/s/ Andrew Soukup, per e-mail auth. 5/2/18** |
| Brian K. Murphy, Trial Attorney (0070654) | Rand L. McClellan, Trial Attorney (0079266) |
| Jonathan P. Misny (0090673) | Baker & Hostetler LLP |
| Murray Murphy Moul + Basil LLP | 200 Civic Center Drive, Suite 1200 |
| 1114 Dublin Road | Columbus, OH 43215 |
| Columbus, OH 43215 | Telephone: 614.228.1541 |
| Telephone: 614.488.0400 | Facsimile: 614.462.2616 |
| Facsimile: 614.488.0401 | E-mail: rmcclellan@bakerlaw.com |
| E-mail: murphy@mmmb.com | |
| misny@mmmb.com | Eric C. Bosset (admitted *pro hac vice*) |
| | Andrew Soukup (admitted *pro hac vice*) |
| Matthew P. McCue (admitted *pro hac vice*) | Katharine R. Goodloe (admitted *pro hac vice*) |
| The Law Office of Matthew P. McCue | Covington & Burling, LLP |
| 1 South Ave, Third Floor | One City Center, 80 10th Street, NW |
| Natick, MA 01760 | Washington, DC 20001 |
| Telephone: 508.655.1415 | Telephone: 202.662.6000 |
| E-mail: mmccue@massattorneys.net | Facsimile: 202.662.6291 |
| | E-mail: ebosset@cov.com |
| *Counsel for Plaintiff* | asoukup@cov.com |
| | kgoodloe@cov.com |
| | |
| | *Counsel for Defendant* |